UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 JAN 27 AM 11: 38

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff

vs

JUAN RAMIREZ-REY,

Defendant

Magistrate Case No. 4:09-MJ-03043-rgk-2
10-CR-03001-RGK-CRZ-2
SUBSTITUTION OF ATTORNEY

*************************************************************

I, JUAN RAMIREZ-REY, hereby substitute

MICHAEL R. McDONNELL

418 East La Habra Blvd., La Habra, CA 90631

(562) 694-3827 as attorney of record in place and stead of

Harry A. Moore, CJA appointed counsel

Dated: January 13, 2010.

JUAN RAMIREZ-REY

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: JANUARY 27, 2010.

ABOVE SUBSTITUTION ACCEPTED.

Dated: January 20, 2009.

MICHAEL R. McDONNELL

*************************************************************

ORDER

Dated: January 27, 2010.

APPROVED:

UNITED STATES DISTRICT JUDGE
Magistrate Judge