IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN RAMIREZ-REY, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and without objection by government's counsel,

IT IS ORDERED that Defendant Ramirez-Rey's sentencing is rescheduled to **8:30 a.m.** on Thursday, June 24, 2010, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated April 27, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge